**FILED: 8/10/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN KRUMBINE, an individual, *et. al.*; on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada Corporation.<br><br>　　　　　　　　Defendants.<br>-------------------------------------------------<br>Formerly captioned:<br><br>*Luis Polanco, et. al. v. Schneider National Carriers, Inc.* | No. 10-CV-4565-GHK (JEMx)<br><br>**CLASS ACTION (FRCP 23)**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT: (A) BRIEFING SCHEDULE AND (B) PAGE LIMITS**<br><br>Date:　TBD<br>Time:　TBD<br>Judge:　Hon. George H. King<br>Dept:　650<br><br>Complaint filed: February 5, 2010<br>Trial Date: None Set |

**IT IS HEREBY ORDERED**:

**WHEREAS**, the parties through counsel have stipulated and jointly request that the Court continue the briefing schedule and increase the page limits for their Joint Brief re Cross Motions for Partial Summary Judgement as set forth below:

**(A) Scheduling**

(i) On **August 24, 2012**, Class Counsel and defense counsel shall exchange initial drafts of their opening statements for the Joint Brief, together with facts/citations for the Statement of Uncontroverted Facts and Joint Evidentiary Appendix;

(ii) On **September 10, 2012**, defense counsel shall submit Defendant's response statements for the Joint Brief, and corresponding responses for the Statement of Uncontroverted Facts and Joint Evidentiary Appendix designations, to a mutually-agreeable third party messenger service;

(iii) On **September 14, 2012**, Class Counsel will serve Plaintiffs' response statements for the Joint Brief on defense counsel, together with corresponding responses for the Statement of Uncontroverted Facts and Joint Evidentiary Appendix designations; Defendant's response statements shall be served on the same date;

(iv) On **September 18, 2012**, the parties will finalize and file the Joint Brief and supporting papers (continued from 8/28/12 to 9/18/12).

**(B) Page Limits**

(i) Plaintiffs' opening statements in the Joint Brief in support of their motion for partial summary judgment shall not exceed twenty-five (25) pages, exclusive of tables of contents and authorities;

1         (ii)    Defendant's opening statements in the Joint Brief in support of their motion for partial summary judgment shall not exceed twenty-five (25) pages, exclusive of tables of contents and authorities;

        (iii)   Plaintiffs' response statements in the Joint Brief in opposition to Defendant's motion for partial summary judgment shall not exceed fifteen (15) pages; and

        (iv)   Defendant's response statements in the Joint Brief in opposition to Plaintiffs' motion for partial summary judgment shall not exceed fifteen (15) pages.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED:   8/9/12                           _____
                                              THE HONORABLE GEORGE H. KING
                                              UNITED STATES DISTRICT JUDGE