| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | STEVE W. BERMAN (pro hac vice)<br>LEE M. GORDON (SBN 174168)<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>301 N. Lake Ave., Suite 203<br>Pasadena, CA  91101<br>Telephone:  (213) 330-7150<br>Facsimile:  (213) 330-7152<br>Lee@hbsslaw.com |
| 6 | *Class Counsel* |
| 7 | [Additional Plaintiffs'<br>Attorneys on Next Page] |

**FILED:  8/20/13**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN KRUMBINE, an individual, *et al*.;<br>on behalf of themselves and all others<br>similarly situated,<br><br>                           Plaintiffs,<br><br>     v.<br><br>SCHNEIDER NATIONAL CARRIERS,<br>INC., a Nevada corporation,<br><br>                           Defendants. | No. 10-CV-4565-GHK (JEMx)<br><br>**FINAL JUDGMENT** |
| Formerly captioned:<br><br>*Luis Polanco, et al. v. Schneider National Carriers, Inc.*, | Complaint filed: February 5, 2010<br>Trial Date: None Set |

**FINAL JUDGMENT**
**Case No. 10-CV-4565-GHK (JEMx)**

**Additional Plaintiffs' Counsel**

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman, Esq.
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Steve@hbsslaw.com

*Class Counsel*

**REHWALD GLASNER & CHALEFF**
William Rehwald, Esq.
Lawrence Glasner, Esq.
Daniel Chaleff, Esq.
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, California 91367
Telephone: (818) 703-7500
DChaleff@rehwaldlaw.com

**RASTEGAR & MATERN**
Matthew J. Matern
Joshua N. Lange
1010 Crenshaw Boulevard, Suite 100
Torrance, CA 90501
Telephone: (310) 218-5500
Mjm@rastegar-matern.com

- 1 -

**FINAL JUDGMENT**
**Case No. 10-CV-4565-GHK (JEMx)**

On this 20th day of August, 2013, it is HEREBY ADJUDGED AND DECREED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58 AS FOLLOWS:

(1) On August 6, 2013, this Court entered the Order Certifying Final Settlement Class, Finally Approving Proposed Amended Settlement, Awarding Fees, Costs, and Service Awards, and Entering Judgment (the "Final Order").

(2) For the reasons stated in the above-referenced Final Order, judgment is entered accordingly in this case, and the case is hereby dismissed with prejudice.

(3) The Clerk shall file this Final Judgment on the docket of this case.

**IT IS SO ORDERED.**

DATE:   8/20/13

_____
THE HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

- 2 -

**FINAL JUDGMENT**
**Case No. 10-CV-4565-GHK (JEMx)**

- 3 -

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  The undersigned hereby certifies that a true and correct copy of the foregoing **FINAL JUDGMENT** was filed electronically with the Clerk of Court at my direction using the CM/ECF system, which will send notification of such filing to all counsel of record on the 13th day of August, 2013.

By     */s / Lee M. Gordon*
       LEE M. GORDON